

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,506-01

### IN RE JAMES INGRAM JR., Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 210-16-B IN THE 25TH DISTRICT COURT
### FROM GONZALES COUNTY

*Per curiam.*

# O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he suggests, among other things, that he has requested cost estimates for copies of documents and trial transcripts in this case.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Gonzales County, is ordered to file a response stating whether she received a request from the Relator for a statement of costs for his records. If the District Clerk received such a request, she shall state the nature of her response and, if available, provide a copy of the response. If the District Clerk received such a request and did not respond, she shall provide her rationale for not responding. This

application for leave to file a writ of mandamus shall be held in abeyance until the Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of this date of this order.

Filed: March 20, 2019
Do not publish